Melvin J. KESSLER, Appellant, v. STATE, Appellee.

No. 24223.

Court of Criminal Appeals of Texas.

Jan. 19, 1949.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for operating a motor vehicle upon a public highway while appellant was intoxicated, punishment assessed at a fine of $200.00.

Appellant has filed his affidavit requesting that his appeal be dismissed. It appearing therefrom that appellant does not desire to further prosecute his appeal, same is ordered dismissed.